AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

GUILLERMO BELTRAN,

      Petitioner,      JUDGMENT IN A CIVIL CASE
V.

                           CASE NUMBER: **3:10-CV-00457-ECR-RAM**

GREG SMITH, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as untimely. FURTHER ORDERED that a certificate of appealability is DENIED.

September 28, 2010                                    **LANCE S. WILSON**
                                                                                 Clerk

                                                                                 /s/ M. Campbell
                                                                                Deputy Clerk